UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Western Division

BRANCH BANKING AND TRUST COMPANY,

    Plaintiff,

v.                                                           Civil Action No. 5:14cv00545

CENTURY MORTGAGE COMPANY           ORDER
d/b/a CENTURY LENDING COMPANY

    **Defendant.**

This cause was heard by the undersigned on Branch Banking and Trust Company's ("Plaintiff" or "BB&T") Motion, pursuant to Local ADR Rule 101.2, for an Order setting a court-hosted mediated settlement conference in this matter before the Honorable James E. Gates, United States Magistrate Judge for the Eastern District of North Carolina, on a date and time to be determined by the Court, at the Terry Sanford Federal Building and Courthouse, Raleigh, North Carolina.

After reviewing the Motion, and all other documents of record, the Court is of the opinion that BB&T's motion should be allowed.

It is therefore, ORDERED, that this matter is referred to the Honorable James E. Gates, United States Magistrate Judge for the Eastern District of North Carolina, for the purpose of conducting a court-hosted mediated settlement conference in this matter at the Terry Sanford Federal Building and Courthouse, Raleigh, North Carolina, at a date and time to be set by the Honorable James E. Gates.

This the  30th   day of January, 2015.

                                                                            United States District Judge