IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:14-CV-545-FL

| | |
|---|---|
| BRANCH BANKING AND TRUST COMPANY, | ) ) ) |
| Plaintiff, | ) **ORDER** |
| v. | ) ) ) |
| CENTURY MORTGAGE COMPANY, d/b/a CENTURY LENDING COMPANY, | ) ) ) |
| Defendant. | ) |

This case comes before the court on the unopposed motion (D.E. 20) by defendant to excuse from in-person attendance at the settlement conference herein set for 12 March 2015 its representative having authority to settle this case. For good cause shown, the motion is ALLOWED and the in-person attendance of such representative is excused, but the representative shall be available by telephone at all times during the settlement conference. Nothing herein excuses counsel of record for defendant, Gregory P. Currey and Robert J. Aylward, from attending the conference in person, and they shall do so.

SO ORDERED, this the 9th day of March 2015.

James E. Gates
United States Magistrate Judge